## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP FAVALE,** | : |
| | : |
| **Plaintiff** | **CIVIL ACTION NO. 3:12-2138** |
| | : |
| v. | |
| | :          **(JUDGE MANNION)** |
| **CAROLYN COLVIN,** | |
| **Acting Commissioner of the** | : |
| **Social Security Administration** | |
| | : |
| **Defendant** | : |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiff's appeal of the decision of the Commissioner, (Doc. 1), is **DENIED**, and the decision of the Commissioner is **AFFIRMED**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 29, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-2138-01-hhs-order